IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| BRIAN JAVORIS WALKER | ) | |

OPINION AND ORDER

This cause is before the court on the motion to continue, filed by defendant Brian Javoris Walker on March 26, 2012. The case is currently set for trial on May 7, 2012. For the reasons set forth below, the court finds that the trial should be continued until June 4, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A).

While the granting of a continuance is left to the sound discretion of the trial judge, see United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act. The Act provides, in part, as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or

> indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Walker in a speedy trial. Defense counsel has

a previously scheduled commitment directly preceding the trial in this case.  Without a continuance, defense counsel will have insufficient opportunity to prepare fully Walker's defense.  The need for adequate representation therefore outweighs any interest in a speedy trial.

***

Accordingly, it is ORDERED that defendant Brian Javoris Walker's motion to continue (doc. no. 170) is granted and that his trial and jury selection, now set for May 7, 2012, are continued until June 4, 2012, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of March, 2012.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE