IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| ERIC JEROME PARKER, | ) | |
| WILLIE CHARLES TOWNSEND, | ) | |
| JASON TERRELL DAVENPORT, | ) | |
| RONISHA RAWSHON CARTER, | ) | |
| WILLIE PEREZE BOGGAN, | ) | |
| KELVIN DEWAYNE ANDERSON, | ) | |
| CEDRIN FARODD CARTER, and | ) | |
| JEFFERY NOLAN BENNET | ) | |

OPINION AND ORDER

This cause is before the court on the government's unopposed motion to continue trial, filed on March 30, 2012. Eight of the ten defendants--Eric Jerome Parker, Willie Charles Townsend, Jason Terrell Davenport, Ronisha Rawshon Carter, Willie Pereze Boggan, Kelvin DeWayne Anderson, Cedrin Farodd Carter, and Jeffery Nolan Bennett--are currently set for trial on May 7, 2012, while two other defendants accused of participating in the same drug-distribution conspiracy have had their trial date continued to June 4, 2012. For the reasons

set forth below, the court finds that the trial for the eight defendants should be continued as well until June 4, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A).

While the granting of a continuance is left to the sound discretion of the trial judge, see <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act. The Act provides, in part, as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70-day period a "reasonable period of delay when thedefendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted," § 3161(h)(6), and any

continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and the eight defendants in a speedy trial. § 3161(h)(7)(A). First of all, the defendants have consented to the continuance. Second, this short delay will enable the court to try all ten defendants simultaneously, which will conserve judicial resources that would otherwise be wasted if two substantially similar trials were to take place only a few weeks apart. § 3161(h)(6)

***

Accordingly, it is ORDERED that the government's motion to continue (doc. no. 175) is granted and that this trial and jury selection for defendants Eric Jerome Parker, Willie Charles Townsend, Jason Terrell Davenport,

Ronisha Rawshon Carter, Willie Pereze Boggan, Kelvin DeWayne Anderson, Cedrin Farodd Carter, and Jeffery Nolan Bennett are continued to June 4, 2012, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 2nd day of April, 2012.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**