IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr191-MHT |
| WILLIE PEREZE BOGGAN | ) | (WO) |

OPINION AND ORDER

This cause is before the court on concerns raised by the magistrate judge about defendant Willie Pereze Boggan's competence throughout this case, including at sentencing. Upon consideration of the representations made during an August 3, 2012, hearing, Boggan was ordered to undergo a mental-health evaluation. A copy of that evaluation, prepared by Dr. Karl Kirkland, was received by the court on August 9, 2012. After reviewing the evaluation, considering the oral representations by the parties made during a hearing on August 15, 2012, and observing Boggan throughout the course of these proceedings, the court finds that Boggan is competent as to all proceedings. Dr. Kirkland concluded that Boggan

"does not suffer from a mental illness or intellectual impairment that would prevent him from understanding and assisting [his attorney]" in preparing a defense and that he "is capable of understanding the charges and proceeding to a dispositional hearing and/or trial." That conclusion is of particular importance in the court's determination that Boggan is competent.

The court therefore finds that Boggan is not "suffering from a mental disease or defect rendering him ... unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  18 U.S.C. § 4241(d).

***

Accordingly, it is ORDERED and DECLARED that defendant Willie Pereze Boggan is mentally competent as to all proceedings in this case.

DONE, this the 20th day of August, 2012.

                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE