IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr191-MHT |
| JEFFERY NOLAN BENNETT | ) | (WO) |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on May 1, 2013 (doc. no. 512), affirming the judgment of conviction and sentence pronounced in this case as to defendant Jeffery Nolan Bennett on October 23, 2012, and entered on October 29, 2012 (doc. no. 461), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on June 4, 2013, and received in the office of the clerk of this court on June 4, 2013 (doc. no. 513), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Jeffery Nolan Bennett on

October 23, 2012, and entered on October 29, 2012 (doc. no. 461), is continued in full force and effect.

DONE, this the 6th day of June, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**